# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR M. TAGLE, SR., | Case No. 2:18-cv-00694-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| DHS/ICC INS., et al., | |
| Defendants. | |

Presently before the court is Nevada state-prison inmate Victor M. Tagle, Sr.'s motion to proceed *in forma pauperis* (ECF No. 1), filed on April 16, 2018.

Also before the court is Tagle's motion requesting a hearing and transportation (ECF No. 2), filed on April 16, 2018.

Also before the court is Tagle's motion requesting a speedy trial (ECF No. 4), filed on May 4, 2018.

Under 28 U.S.C. § 1915(a)(2) and the court's local rules, an incarcerated plaintiff seeking to proceed *in forma pauperis* must complete an application to proceed *in forma pauperis* and attach (1) an inmate account statement for the past six months, and (2) a properly executed financial certificate. LRS 1-1, 1-2. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2.

Tagle's application requesting to proceed *in forma pauperis* was not submitted on the court's required form and does not include the attachments required by the court's local rules. Without the required information and attachments, the court cannot evaluate whether Tagle is unable to prepay fees in this case. The court therefore will deny Tagle's application to proceed *in forma pauperis* without prejudice. The court will deny the other pending motions without

prejudice for Tagle to renew the motions after the matter of the filing fee has been resolved and his complaint has been screened.

IT IS THEREFORE ORDERED that plaintiff Victor Tagle's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that the clerk of court must send plaintiff a blank application to proceed *in forma pauperis* by an inmate as well as the document titled "Information and Instructions for Filing a Motion for Leave to Proceed *In Forma Pauperis*."

IT IS FURTHER ORDERED that by August 17, 2018, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED Tagle's motion requesting a hearing and transportation (ECF No. 2) is DENIED without prejudice.

IT IS FURTHER ORDERED that Tagle's motion requesting a speedy trial (ECF No. 4) is DENIED without prejudice.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED: July 19, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE