**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| VICTOR M. TAGLE, SR., | Case No. 2:18-cv-00694-APG-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| DHS/ICC INS., et al., | |
| Defendants. | |

Presently before the court is Nevada state-prison inmate Victor M. Tagle, Sr.'s amended motion to proceed *in forma pauperis* (ECF No. 7), filed on August 6, 2018. Mr. Tagle represents to the court that he is having difficulty obtaining the necessary documentation in support of his application from the prison. In light of those representations, the court extends Mr. Tagle's deadline to September 17, 2018, for (1) filing a complete application to proceed *in forma pauperis*, or (2) paying the full $400 filing fee.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that failure to timely comply with this order may result in a recommendation that this case be dismissed.


DATED: August 7, 2018


_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE