# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VICTOR M. TAGLE, SR., <br><br> Plaintiff, <br><br> v. <br><br> DHS/ICC INS., et al., <br><br> Defendants. | Case No. 2:18-cv-00694-APG-DJA <br><br> **ORDER &** <br> **REPORT & RECOMMENDATION** |

On July 6, 2019, the Court issued an order denying pro se Plaintiff Victor M. Tagle, Sr. applications to proceed *in forma pauperis*. (ECF No. 12). In doing so, the Court noted that Plaintiff has an extensive history of filing civil actions in this court that are either malicious or that fail to state a claim,[1] so he is ineligible for pauper status under the three strikes rule. The Court also reviewed his complaint and found that he did not allege imminent danger of serious physical injury. As such, Plaintiff was ordered to pay the $400 filing fee in full by August 22, 2019. (ECF No. 12).

To date, Plaintiff has not paid the $400.00 filing fee. The Court will recommend that his case be dismissed with prejudice. The Court will also deny all of Plaintiff's other pending motions without prejudice.

## ORDER

IT IS THEREFORE ORDERED that Plaintiff's Motion for Issuance of Summons (ECF No. 19) is **denied without prejudice**.

---

[1] *See Tagle v. State of Nevada*, 2:15-cv-02083-RCJ-GWF (dismissed for failure to state a claim); *Tagle v. State of Nevada*, 2:15-cv-02358-MMD-PAL (dismissed for maliciousness and failure to state a claim); *Tagle v. State of Nevada*, 2:16-cv-00852-JAD-VCF (dismissed for maliciousness and failure to state a claim). The court takes judicial notice of the records in these cases.

1   IT IS FURTHER ORDERED that Plaintiff's Motion for Speedy Trial (ECF No. 20) is **denied without prejudice**.

2   IT IS FURTHER ORDERED that Plaintiff's Motion for Immediate Release (ECF No. 21) is **denied without prejudice**.

## RECOMMENDATION

IT IS THEREFORE RECOMMENDED that Plaintiff's case be **dismissed with prejudice**.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 6, 2019.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE